*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 21, 2016                521706
_____

In the Matter of ALBERT
    ROBINSON,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:  February 23, 2016

Before:  Peters, P.J., Garry, Rose and Devine, JJ.

                        _____


        Albert Robinson, Alden, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Kathleen M.
Arnold of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.
In view of this, petitioner has received all of the relief to
which he is entitled and the petition must be dismissed as moot
(see Matter of Kagan v Lewin, 134 AD3d 1386 [2015]; Matter of

Burgess v Prack, 134 AD3d 1339 [2015]).

Peters, P.J., Garry, Rose and Devine, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court